E-FILED
Sunday, 04 September 2005, 04:57:15 PM
Clerk, U.S. District Court, ILCD

FILED

AUG 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Charles Stringer

Case Number: 04-10052

The appeal time having expired ~~and/or the appeal having been concluded,~~ the original Sealed Pre-Sentence Report (document number __14__), Sentencing Recommendation (document number __15__) and Statement of Reason(s) Page (document number __18__) were returned to the U.S. Probation Office on __8/29/5__.

Received by:

s/ D Heuerman

U.S. Probation Office
Date: 8/31/05