FILED
JAN - 9 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 09 January, 2006 11:54:41 AM
Clerk, U.S. District Court, ILCD

To: The Honorable
Joe Billy McDade
U.S. District Judge

From: Charles Stringer
Re. Case # 04-10052-001

Your Honor,

Please except my Apology In Taking up your Valuable Time with This Letter.

Back in Jan. or Feb. of 2005, your Honor Granted A Motion Replacing The Public Defenders Office with a Court Appointed Attorney From Peoria Named "William R Kelly" I believe he was Chosen From The Courts Attorney Pool. During my time with Mr. Kelly As my Attorney, Mr Kelly And I had Several Conflicts on How to proceed with my Defence, I only wanted to plead guilty And move on, Mr. Kelly on The Other Hand Did not Agree.

Also During My Sentencing hearing For Which Your Honor proceeded over, Mr Kelly Refused to Argue Any points Concerning my Pre-Sentence Report. It was At that point In Asked your Honor to let me Argue the Facts myself under Oath, In Which I Did, Also Just before your Honor past Sentence on me, Mr Kelly told me to Keep Quiet, While Knowing I meant to Address The Court before Sentence was passed. I Spoke to your Honor At that point anyway, I explained that I needed Help While being Incarcerated. Many people In the Court Room expressed to me that I did An excellent Job dispite the lack of Support Given me by Mr. Kelly. I have Always Felt that Your Sentence was A Fair one And That Without This time I have now to get off Drugs, get my Medications Leveled properly, And Improve

Pg 2

Re. 04-10052-001

Without your Recommendations to the B.O.P. Many of the Opportunities I have now in the B.O.P. I would otherwise not have had. For this I'll always be greatful to you. I plan to become a Certified Alcohol and Drug Counsalor in the Chicago or Peoria area to help the young at high risk and other addicts to change there lives before its to late. I promised you I would use my time in prison to make real changes in my life and others as well. Im happy to report I havn't let you down. The probablem Im having is that Mr. Kelly will not respond to any of my correspondence, wether it be a letter, phone call, or even calls from my family. He has ignored all attempts to contact his office. Its obvious he does not plan too respond no matter what I do. I think he feels I embarrassed him in the Court Room. It is imperative that I contact Mr Kelly now, because the day after my sentencing, two federal DEA agents came to the jail to interview me about information I had about another prisoner. The Agents told me that Mr Kelly didn't want to be present during their interview, and that I should cooperate with them and turn over all my "Notes" and any other information I had at that time, "Which I did." I was told by the investigators that all the materials that I provided would be copyed and the originals would be returned to Mr. Kelly's office, and that the federal prosecutor in Springfield Ill. would agree to a sentence reduction within one

pg 3

Re. 04-10052-001

I have Continualy, Written, Called, And Had Relatives try to Contact Mr. Kelly to No Avail. I have Had to place myself In protective Custody Segregation because I don't Know were or What has Happened to the people I Informed on. One of Whom Is A Murderer. I don't Know If Im Safe or not. I don't remember the Names of the Investigators, or the prosecuters In Springfield, or even the Names of All The Defendants Involved. Without this Information Im Afraid to Go Into the General population Here At Terre Haute U.S.P.

Your Honor, Can you please Help me one More time, I don't Know who else to turn too. Can you Appoint me A New Attorney, or Force Mr. Kelly Into Cooperateing? Im Afraid the Information Mr. Kelly Has Is not being treated with the Care It Deserves. I Also plan to Write the B.A.R. Association, But Im Afraid If I do there Will be repercussions by the legal Committee. And I Wont recieve my time Cut. So Im Imploring your Honor to please help me obtain New legal Counsel, And to Help me Obtain All my Records In the Hands of Mr. Kelly And Associates.

I Apologize For the Length of this letter but I Felt like you Should have All The Facts. And I Wanted to personally Thank you Your Honor For What you've Already Done For me. Thanks Again!

Mr. Kelly Address:

William R. Kelly
Attorney At Law

With Respect,
Charles J. Stringer #13353-026