CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Charles J. Stringer<br>s/ Address<br>Peoria, IL 61603 | **CASE NUMBER:** 04-10052-001 |
| **SENTENCING JUDICIAL OFFICER:** | Joe Billy McDade<br>U.S. District Judge | |
| **DATE OF ORIGINAL SENTENCE:** | May 13, 2005 | |
| **ORIGINAL OFFENSE:** | Bank Robbery | |
| **ORIGINAL SENTENCE:** | 84 months custody, 3 years with special conditions: 1) No use of alcohol/drugs, undergo treatment and testing; 2) Participate in psychiatric services and take medications; 3) Not own, purchase, possess a firearm, ammunition, dangerous weapon. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION TO COMMENCE:** | January 28, 2011 | |

## PETITIONING THE COURT

[ ]  To extend the term of supervision for  years, for a total term of  years.
[X]  To modify the conditions of supervision as follows:

   **SPECIAL CONDITION NO. 4:**  You shall reside for up to four months at a Residential Reentry Center designated by the Bureau of Prisons to commence immediately following your release from imprisonment and shall abide by the rules of that facility.  Subsistence fees are waived, and will not apply in this case.

## CAUSE

At the time of the commission of this offense, the offender was homeless, last residing with his mother in Rockford, Illinois, in 2004.  Offender Stringer was transferred by the Federal Bureau of Prisons (BOP) for a Residential Reentry Center(RRC) placement at the Residents in Transition services (RITs), Peoria, Illinois, on November 16, 2010.  The offender has no family ties to the Central District of Illinois; however, he has chosen to remain in the Peoria area.  The offender is scheduled to be released from the BOP on January 28, 2011.

In expectation of the offender's release and his lack of residence in the Central District of Illinois, the above modification is being proposed to allow the offender the opportunity to participate in reentry services in a structured environment.  The placement of the offender in a BOP Residential Reentry Center is for non-punitive purposes and is meant to aid the offender's reintegration into the community. Assistant U.S. Attorney K. Tate Chambers has been advised of the proposed modification and has no objections.

Re: STRINGER, Charles J.
Page 2

Respectfully submitted,

s/Jason R. Hunt

U.S. Probation Officer
Date: January 10, 2011

JRH:tm

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

    s/Joe B. McDade
Joe Billy McDade
U.S. District Judge
Date: 01/10/2011

1:04-cr-10052-JBM-JAG   # 24    Page 2 of 3

PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**SPECIAL CONDITION NO 4:** You shall reside for up to four months at a Residential Reentry Center designated by the Bureau of Prisons to commence immediately following your release from imprisonment and shall abide by the rules of that facility. Subsistence fees are waived, and will not apply in this case.

Witness:  _s/Jason R. Hunt_          Signed:  _s/Charles J. Stringer_
         Jason R. Hunt                                Charles J. Stringer
         Senior U.S. Probation Officer          Supervised Releasee

                      Date:_____January 4, 2011_____